UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

DAVID M. EBEL　　　　　　　　　　　　　　　　　　　　　　　　　　　　(303) 844-3800
JUDGE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: (303) 844-4541
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David_M_Ebel@ca10.uscourts.gov

November 4, 2011

TO:　　　　Greg Langham, Clerk

FROM:　　Judge Ebel

RE:　　　　Criminal Action No. 11-cr-00456-DME
　　　　　　<u>U.S.A. v. Macias-Freeman</u>

　　Exercising my prerogative as a senior judge, I request that this case be reassigned.


DME/jd